*Arthur Kinoy* and *Marshall Perlin* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Charles F. Barber* and *Harold D. Koffsky* for the United States.

No. 481. BLACK ET AL. *v.* UTAH. Supreme Court of Utah. Certiorari denied. *Frank E. Flynn* for petitioners.

No. 482. WHEC, INC. ET AL. *v.* FEDERAL BROADCASTING SYSTEM, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas H. Wall* for WHEC, Inc., and *Frank Roberson* and *Frank U. Fletcher* for the Veterans Broadcasting Co., Inc., petitioners. *William A. Roberts* and *Edgar Turlington* for respondent.

No. 488. ENKE *v.* BAUCUS. Supreme Court of Montana. Certiorari denied. *James R. Browning* and *Lyman A. Garber* for petitioner. *Dean Acheson, Charles A. Horsky* and *James J. Bierbower* for respondent.

Nos. 258 and 498. DURST, ASSIGNEE, *v.* KALPAKOFF ET AL. C. A. 9th Cir. Motion for leave to file respondent's brief in No. 258 granted. Certiorari denied. *Morris Lavine* for petitioner. *Philip F. Herrick* for Chernabaeff, respondent.

No. 495. THROPP *v.* FARNUM ET AL. United States Court of Appeals for the District of Columbia Circuit. Motion to strike respondents' brief denied. Certiorari denied. *Earl J. Lombard* for petitioner. *Arthur G.*